# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 74 EM 2019

Respondent  :

v.  :

MARK G. OWEN,  :

Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2019, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.